URMILA KAPADIA v. TOWN OF IRVINGTON.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN FRANKLIN WASHINGTON.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE SOLI.

February 26, 1980.

Petition for certification denied.